E-FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-1956-GHK (PJWx) | Date | August 21, 2014 |
|---|---|---|---|
| Title | *Bangzheng Chen v. CytRx Corp., et al.* | | |

**Presiding: The Honorable**    **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

None                                None

**Proceedings:**     **(In Chambers) Order re:** Consolidated Class Action Complaint

On June 13, 2014, we consolidated this putative securities class action with two related actions—*Victor Perri v. CytRx Corp., et al.,* CV 14-2052, and *Hyun Dong Kim v. CytRx Corp., et al.,* CV 14-2689. [Dkt. No. 46]. We also appointed Deepak Gupta ("Gupta") as lead plaintiff and approved Kahn, Swick & Foti, LLC as lead counsel for the class. [*Id.*] Given that we have now remanded the final related action to state court, this matter is ready to proceed. [*See* CV 14-3406, Dkt. No. 38]. Accordingly, Gupta **SHALL** file a consolidated Complaint **within 45 days hereof**, and Defendants **SHALL** respond to the consolidated Complaint **within 45 days thereafter**.

**IT IS SO ORDERED.**

--    :    --

Initials of Deputy Clerk        Bea